USCA1 Opinion

 

 December 21, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 95-1504  IDALIA MORALES, Plaintiff, Appellant, v. UNITED STATES OF AMERICA, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Raymond L. Acosta, U.S. District Judge] ___________________ ____________________ Before Selya, Stahl and Lynch, Circuit Judges. ______________ ____________________ Idalia Morales on brief pro se. ______________ Guillermo Gil, United States Attorney, and Maria Hortensia Rios _____________ _____________________ Gandara, Assistant United States Attorney, on brief for appellee. _______ ____________________ ____________________ Per Curiam. Reviewing de novo the dismissal of __________ __ ____ plaintiff's complaint for failure to state a claim, and upon consideration of the parties' briefs and the record, we agree with the district court's analysis and affirm substantially for the reasons set forth in its memorandum order of February 15, 1995. Affirmed. See Loc. R. 27.1. ________ ___